## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Z.J., *et al.*,

                Plaintiffs,

     v.

DISTRICT OF COLUMBIA,

                Defendant.

Case No. 23-cv-1279 (JMC)

## ORDER

The Court has considered Magistrate Judge Upadhyaya's Report and Recommendation, Plaintiffs' objection, and the District's response. ECF 18; ECF 19; ECF 20. For the reasons identified in the Report and Recommendation and the accompanying memorandum opinion, the Court hereby **ADOPTS** the Report of the Magistrate Judge and **ACCEPTS** her Recommendation. Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment, ECF 11, is **DENIED**. The District's Cross Motion for Summary Judgment, ECF 13, is **GRANTED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: February 27, 2026